No. 594.—LUCE & Co., S. EN C., recurrente, *v.* REGISTRADOR DE GUAYAMA, recurrido. Recurso Gubernativo. Julio 24, 1925.

POR CUANTO se ha interpuesto recurso de apelación para ante la Corte de Circuito de Apelaciones del Primer Circuito contra la resolución de esta corte dictada en este caso;

POR CUANTO la cuestión de si es apelable o nó la resolución de que se trata ha sido discutida ampliamente en el seno del tribunal después de oídos el recurrente y el registrador, opinando los jueces asociados Sres. Wolf y Aldrey que no lo es y en tal virtud que debe negarse la apelación, y los Jueces Presidente Sr. del Toro y Asociados Sres. Hutchison y Franco Soto que tratándose de una cuestión nueva en la que está envuelta la jurisdicción de la Corte de Circuito, sin que sea de absoluta urgencia su decisión, debe dejarse a la dicha Corte de Circuito que la resuelva, teniendo además los Jueces Asociados Sres. Hutchison y Franco Soto dudas con respecto a la cuestión de si la resolución es ape-

lable o nó, opinando el Juez Presidente Sr. del Toro en este
último respecto con la minoría;

POR TANTO, se admite la apelación interpuesta por Luce
and Co., S. en C., para ante la Corte de Circuito de Apela-
ciones, Primer Circuito de los Estados Unidos, contra la re-
solución dictada por esta corte en febrero 20, 1925, en el
caso arriba expresado; y se fija una fianza de trescientos
dólares que ha de prestar la apelante para responder de las
costas que dicha apelación pueda ocasionar a la parte con-
traria, concediéndose a dicha apelante un término de sesenta
días para preparar y traducir la transcripción de autos que
debe ser enviada a la referida Corte de Circuito de Apelacio-
nes para el Primer Circuito de los Estados Unidos.

Lo acordó el tribunal, disintiendo de la admisión de la
apelación los Jueces Asociados Sres. Wolf y Aldrey.

(Véase la opinión disidente del Juez Asociado Sr. Wolf,
pág. 913 *ante*).